# Exhibit 1 to Complaint FILED UNDER SEAL