**Exhibit 2 to Complaint FILED UNDER SEAL**