# Exhibit 3 to Complaint



# NOOM

## Noom GLP-1 Companion to Add "Muscle Defense" to Promote Safer GLP-1 Use

*Noom's Partnership with FitOn Addresses Negative GLP-1 Side Effects Head On*



Noom GLP-1 Companion with Muscle Defense (Graphic: Noom)

January 19, 2024 11:30 AM Eastern Standard Time

NEW YORK--(BUSINESS WIRE)--Noom, the leading digital healthcare company empowering people to live better, healthier lives, is proud to announce a partnership with FitOn to add a "Muscle Defense" enhancement to its newly launched Noom GLP-1 Companion. Noom GLP-1 Companion with Muscle Defense is aimed at helping GLP-1 users navigate one of the most problematic concerns surrounding GLP-1 use today — muscle mass loss. This move makes Noom the first weight loss company to announce on-demand fitness programming into its platform specifically to support GLP-1 patients.

While GLP-1 medications have much promise, they can leave people in worse health than before, especially when medications are not used according to the drug label — as an adjunct to a diet and exercise program. If patients are not supported by a strong behavior change program that emphasizes muscle-building exercises and a high-protein diet, they risk losing a significant amount of muscle mass, strength, and bone density, which can result in lowered resting metabolic rate and worsening insulin resistance. All together this may lead to a complication called sarcopenic obesity, which is associated with worse prognoses from chronic disease and higher all-cause mortality.

Recent studies have shown that 68% of individuals discontinue the use of GLP-1 medications within 12 months of first use. Those that do frequently regain the lost weight as fat, leaving them worse off with a potentially higher percentage of body fat than before they began use of the GLP-1. To address this major concern of lost muscle mass while taking GLP-1s, Noom today announced its partnership with FitOn to launch Muscle Defense within its most recent offering: Noom GLP-1 Companion.

"We designed Noom GLP-1 Companion with Muscle Defense to be the adjunct diet and exercise program that addresses key dangers associated with taking GLP-1s such as loss of muscle mass," said Noom CEO Geoff Cook. "We believe prescribing the drug without such a program carries dangers, given the amount of muscle mass people often lose while taking a GLP-1 and the fact that most people will stop taking the GLP-1 and regain the weight absent of behavior change, which can potentially lead to future conditions like sarcopenic obesity. Noom GLP-1 Companion with Muscle Defense provides the protein-tracking, resistance training, behavior change, and expert guidance needed to have the best outcomes while taking a GLP-1. It's critical we not leave people worse off than before they started the medication. Healthy habits have never mattered more."

"We are so excited to partner with Noom to power an important aspect of Noom GLP-1 Companion with Muscle Defense," said Lindsay Cook, Founder and CEO of FitOn. "FitOn is on a mission to bridge the gap in today's health and wellness solutions and make fitness accessible to anyone. We know fitness is a critical part to long-term lifestyle changes. This partnership with Noom combines FitOn's best-in-class fitness content with Noom's expert nutrition tracking and guidance to help people taking GLP-1s build muscle mass and set them up for a more successful long-term weight loss journey."

The Muscle Defense program includes a series of FitOn resistance training exercises curated by Noom's Chief of Medicine Linda Anegawa, MD, FACP, Dipl. ABOM, to combat sarcopenic obesity and the reduction of lean muscle mass. Key features of Noom GLP-1 Companion with Muscle Defense include:

- A Program Designed by Noom's Chief of Medicine & Fitness Leader FitOn: Noom has collaborated with the renowned global fitness experts at FitOn to provide a range of workout videos designed to help GLP-1 users build and maintain lean muscle mass, which in turn supports a healthy metabolism and bone density. These videos will be curated by Noom's Chief of Medicine Dr. Linda Anegawa to be practiced by those being clinically treated for obesity
- Comprehensive Changes to Noom's Well-Known Food Color System: For Noom members taking a GLP-1, Noom's "green-yellow-orange" food color system underwent the biggest change in its history with the addition of over 200,000 protein-rich foods now marked "green" for these members
- A Protein-Tracking Tool, helping members to hit their daily protein requirements, which also helps to prevent the loss of lean muscle
- Expert-Led Guidance and Content on Common Side Effects and Complications
- Customized, Interactive Mini-Courses focused on "Aha Moments" to drive long-term behavior change around nutrition, fitness, and goal-setting to support successful tapering and off-ramping from GLP-1s

"Patients taking control of their health through a GLP-1 treatment plan deserve to have their complex needs met after years of being misunderstood, and as risks of treatment such as sarcopenic obesity continue to complicate patient journeys," said Dr. Anegawa. "In order to serve this community with the utmost care and promote better long-term living, we must meet them where they are with on-demand solutions that promote overall metabolic health, not just weight loss alone."

Muscle Defense is expected to be included within Noom GLP-1 Companion for Noom Weight members who indicate they are taking a weight-loss drug and for all members of Noom Med. Noom GLP-1 Companion with Muscle Defense will begin rolling out in the spring.

**About Noom**

Noom is the digital healthcare company empowering people to live better, healthier lives. Noom connects people to content, coaching, community, and clinicians to improve whole-person health. Noom also works with leading health plans and employers offering Noom Med COE, Noom GLP-1 Companion, Noom Healthy Weight, and Noom Diabetes Prevention to millions of covered lives. The company has been awarded multiple grants from the National Institutes of Health and was the first mobile application to be recognized by the Centers for Disease Control and Prevention as a certified diabetes prevention program. Headquartered in New York City, Noom has been named one of Inc.'s Best Places to Work, Quartz's Best Workplaces for Remote Workers, and Fortune's Best Workplaces in Technology. To learn more about Noom, visit noom.com.

**About FitOn**

FitOn is the leading digital fitness platform providing instant access to the widest variety of premium workouts and health experiences, all from world-class trainers, experts, and celebrities - anytime and anywhere. FitOn has leading engagement with more than 15 million members who have completed over 1 billion workout minutes. Its one-of-a-kind social experience lets users interact with friends inside and outside of class, so they have fun and never lose motivation. Download FitOn for free at fitonapp.com and follow on social @fitonapp.

Contacts

Noom Communications

comms@noom.com