# Exhibit 4 to Complaint FILED UNDER SEAL