# DOCUMENTS TO BE SEALED

## PLAINTIFF

-v-

## DEFENDANT

**DOCKET NUMBER:** 24 CV 00678

**DATE FILED:** JAN 3 0 2024

**SIGNED BY:** JUDGE OETKEN

**DATE SIGNED:** JAN 3 0 2024

23mc49    S I

**TO BE FILED UNDER SEAL:**

___ ENTIRE ACTION

✓ COMPLAINT/PETITION ONLY

✓ OTHER DOCUMENTS/EXHIBITS

FILED
U.S. DISTRICT COURT
2024 JAN 30 PM 3:57
S.D. OF N.Y.