UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OUR BODY ELECTRIC, INC.,

        Plaintiff,

- against -

NOOM, INC.,

        Defendant.

---

24-cv-678 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The plaintiff may file an Amended Complaint by **April 19, 2024**. The defendant may move or answer by **May 10, 2024**. If the defendant files a motion, the deadline to respond is **May 31, 2024**. The deadline to reply is **June 14, 2024**.

SO ORDERED.

Dated:    New York, New York
           April 8, 2024

                                     John G. Koeltl
                                United States District Judge