```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---------------------------------------------

OUR BODY ELECTRIC, INC.,

              Plaintiff,

  - against -

NOOM, INC.,

              Defendant.

---------------------------------------------

24-cv-678 (JGK)

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

    The plaintiff is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion for a preliminary injunction. ECF No. 9.

**SO ORDERED.**

Dated:    New York, New York
           April 15, 2024

                                      John G. Koeltl
                                  United States District Judge