UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OUR BODY ELECTRIC, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> NOOM, INC., <br><br> *Defendant.* | Civil Action No.: 1:24-cv-00678-JGK |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL**

Upon the Motion For Leave To File Under Seal Plaintiff's First Amended Complaint ("FAC") and exhibits 1-7, and 9 thereto ("Exhibits"), it is

**HEREBY ORDERED**, that Plaintiff shall file (i) the FAC publicly in redacted form, and in unredacted form under seal, and (ii) the Exhibits under seal in their entirety.

**SO ORDERED.**

_____
John G. Koeltl, U.S.D.J.

Dated: New York, New York
4/22, 2024