```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

OUR BODY ELECTRIC, INC.,

              Plaintiff,

  - against -

NOOM, INC.,

              Defendant.

---

24-cv-678 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The parties are directed to appear, in-person, for a hearing on the plaintiff's motion for a preliminary inunction, see ECF No. 9, on **Tuesday, April 30, 2024**, at **2:30 p.m.**

**SO ORDERED.**

**Dated:**    New York, New York
            April 22, 2024

                                              John G. Koeltl
                                    **United States District Judge**